UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LATOI DOWNING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-00889-JRS-MPB |
| | ) | |
| CITY OF INDIANAPOLIS, | ) | |
| JEREMY TORRES, | ) | |
| BRETT LORAH, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Adopting Report and Recommendation, Granting Motion to Dismiss, and Dismissing Action Without Prejudice**

No objections having been filed, the Court **adopts** the Magistrate Judge's Report and Recommendation, (ECF No. 49), and **grants** Defendants' Motion to Dismiss for Lack of Prosecution, (ECF No. 48).

This action is **dismissed** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for lack of prosecution. The Clerk **shall** enter judgment.

**SO ORDERED.**

Date: 05/04/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Latoi Downing
922 North Harbison Ave.
Indianapolis, IN 46219

By CM/ECF to all registered counsel of record