UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| LATOI DOWNING, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-00889-JRS-MPB |
| CITY OF INDIANAPOLIS, JEREMY TORRES, BRETT LORAH, | ) |
| Defendants. | ) |

**Judgment**

This action is **dismissed** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for lack of prosecution.

Date: 05/04/2022

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Samantha Burmester*
Deputy Clerk, U.S. District Court

Distribution to:

Latoi Downing
922 North Harbison Ave.
Indianapolis, IN 46219

By CM/ECF to all registered counsel of record